FILED BY _MS_ D.C.

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

05 SEP -8 PM 4: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

United States of America

v.

TERRELL BROWN                    Case No. 2:05-20056-04-Ma

---

### ORDER RELIEVING FEDERAL DEFENDER

---

The Federal Defender's Office had previously been appointed to represent the defendant in this matter. The defendant appeared before the court on this date with Ned Germany and Steve Shankman, appointed counsel. As the defendant has substitution of counsel to represent him, the Federal Defender's Office is hereby relieved of further representation of this defendant.

SO ORDERED this the 8 th day of September, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on  9-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 193 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT