IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 19 AM 9:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20056-Ma

TERRELL BROWN,

     Defendant.

## ORDER EXTENDING MOTIONS DEADLINE

Before the court is defendant Terrell Brown's October 17, 2005, motion for additional time within which to file pretrial motions in this matter. For good cause shown, the motion is granted. The defendant shall have additional time to and including November 21, 2005, within which to file pretrial motions in this matter.

IT IS SO ORDERED this 18th day of October, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-21-05

(473)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 473 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT